ACCEPTED
03-14-00148-CV
8318231
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/21/2015 10:28:14 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00148-CV

**IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/21/2015 10:28:14 AM
JEFFREY D. KYLE
Clerk

**MEHMET TURAN ERKAN,**

*Appellant*,

**v.**

**HABIBE NALAN ERKAN,**

*Appellee*.

On Appeal from the 201st Judicial District Court
Travis County, Texas
Trial Court Cause No. D-1-FM- 12-002773
The Honorable Stephen Yelenosky, Presiding Judge

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE
A MOTION FOR REHEARING**

Respectfully submitted,

Jennifer L. Mathis
Texas Bar No. 24081964
mathisjl@gmail.com
700 Dominik # 1101
College Station, Texas 77840
(972) 822-6374 – Telephone
(972) 692-5223 – Fax

ATTORNEY FOR APPELLANT

TO THE HONORABLE JUSTICES OF SAID COURT:

Appellant Mehmet Turan Erkan ("Appellant") files his *Appellant's Motion for Extension of Time to File a Motion for Rehearing* pursuant to TEX. R. APP. P. 49.8 and TEX. R. APP. P. 10.5(b). In support of this motion, Appellant would show the Court the following:

### PROCEDURAL BACKGROUND

On December 8, 2015, this Court issued its judgment and memorandum opinion granting relief in part and denying relief in part.

Regarding Appellant's first issue on custody, this Court found that there was error requiring correction and modified the trial court's judgment to delete the requirement that Appellant must obtain and maintain a home with a separate bedroom for each child before his children may visit overnight.

However, this Court overruled Appellant's second and third issues relating to the Turkish properties. This Court found that Appellant waived his hearsay objection to emails that had been admitted regarding property in Turkey. This Court also found that the trial court had jurisdiction to order Appellant to convey his interest in the Turkish properties to his ex-wife.

## REQUEST FOR EXTENSION OF TIME TO FILE
## MOTION FOR REHEARING

1.      The undersigned requests an extension of time, pursuant to TEX. R. APP. P. 49.8 and 10.5(b), of thirty days to file Appellant's Motion for Rehearing.

2.      Pursuant to TEX. R. APP. P. 10.5(b)(1)(A), Appellant's deadline to file a Motion for Rehearing is on December 23, 2015.

3.      Pursuant to Tex. R. App. P. 10.5(b)(1)(B), the length of the extension sought is thirty days.[1]

4.      Pursuant to TEX. R. APP. P. 10.5(b)(1)(C), the facts relied on to reasonably explain the need for an extension are:

5.      Appellant has expressed a desire to file a motion for rehearing on the second and third issues of this appeal. Those issues, pertaining to the Turkish properties, were overruled by this Court.

6.      Appellant's counsel began representing Appellant on a *pro bono* basis in June of 2014. Appellant's co-counsel, Matthew Kolodoski, had to withdraw from this appeal earlier this year after accepting a position as a judicial clerk. Since first appearing in this appeal, the undersigned has accepted a position at a busy litigation practice in College Station. The undersigned recently had an estimated 8-day trial setting in Austin, the preparation for which occupied much of her time. That trial ended up being continued on the day it was scheduled to begin.

---

[1] Appellant's Motion for Rehearing would be due on or before January 22, 2016.

However, the trial preparation took up a significant block of time during the same timeframe to file a motion for rehearing in this appeal.

7.     Appellant asks for thirty days only because of the holidays. In addition to Christmas, Appellant's counsel has a nonrefundable vacation scheduled from December 31 through January 4.

8.     Considering the holidays and counsel's trial practice, the undersigned asks this Court to please grant an extension of time of thirty days to file a motion for rehearing so that she may complete this appeal on Appellant's behalf.

9.     This request is made so that Appellant may pursue all the remedies available to him under the law. This request is not made for the purpose of undue delay.

10.     Appellee will not be prejudiced by the granting of this motion.

11.     Pursuant to Tex. R. App. P. 10.5(b)(1)(D), there have not been any prior extensions granted pertaining to a motion for rehearing.

PRAYER

For these reasons, Appellant Mehmet Turan Erkan requests that the Court sign an order granting *Appellant's Motion for Extension of Time to File a Motion for Rehearing* and extend the time for filing the Appellant's Motion for Rehearing up to and including January 22, 2016.

Respectfully submitted,

By: _____
Jennifer L. Mathis
Texas Bar No. 24081964
mathisjl@gmail.com
700 Dominik # 1101
College Station, Texas 77840
(972) 822-6374 – Telephone
(972) 692-5223 – Fax

ATTORNEY FOR APPELLANT

## CERTIFICATE OF CONFERENCE

In accordance with TEX. R. APP. P. 10.1(a)(5), I certify that on December 21, 2015, at 9:54 A.M., and again at 10:24 A.M., I attempted to call Appellee and confer on this motion. On both occasions, there was no answer, and I left a message for Appellee. It is not known if Appellee is opposed to this motion.

_____
Jennifer L. Mathis

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, pursuant to the Texas Rules of Appellate Procedure, a true and correct copy of the above and foregoing instrument was mailed to Appellee on December 21, 2015, at the following address:

Habibe Nalan Erkan
8804 Tallwood Drive, Apt. 29
Austin, Texas 78759

APPELLEE

_____
Jennifer L. Mathis